JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.R.M., <br><br> Petitioner, <br><br> vs. <br><br> Fereti SEMAIA, Warden, Adelanto ICE Processing Center; Ernesto SANTACRUZ JR., Acting Director, Los Angeles Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations; Todd LYONS, Acting Director, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pamela BONDI, Attorney General of the United States, <br><br> Respondents. | Case No: 5:25-cv-02783-AB-PVC <br><br> **ORDER DISMISSING CIVIL ACTION** |

On Joint Motion and good cause shown, the Court **ORDERS** that this action is hereby **DISMISSED** without prejudice to the right, with each party bearing their own costs, fees and expenses. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: November 17, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE